# RICHARD PALMA
ATTORNEY AT LAW
225 BROADWAY- SUITE 715
NEW YORK, NEW YORK 10007

MEMBER OF THE BAR
NEW YORK

TEL. (212) 686-8111
FAX. (212) 202-7800
E-MAIL - rpalma177@gmail.com

August 7, 2023

ECF

*MEMO ENDORSED 8/15/23*

*Counsel should be provided with the requested materials*

/s/ Colleen McMahon

Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

Re:  **U.S. v. Norman Harrison, 06 Cr. 00041 (CM)**
     **Defense Request for copies of PSR and Transcripts of Guilty Plea and Sentencing Hearings.**

Dear Judge McMahon:

I was recently appointed under CJA to represent Mr. Norman Harrison with his motion for release pursuant to 18 U.S.C. § 3582(c). According the docket report, Mr. Harrison filed a 3582 pro se motion (Doc. 217 & 218) which I am in the process of reviewing and replacing with my own submission. For this reason, I am respectfully requesting copies of the afore-listed documents.

If there are any questions, I can be reached immediately at 917-751-5754.

Thank you.

Respectfully submitted,
s/ Richard Palma
Richard Palma

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/15/23